IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DILLON KOCH, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                                                                                                                      1:23-cv-00118-JB-GJF

PROGRESSIVE DIRECT INSURANCE
COMPANY,

    Defendant.

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY PRE-TRIAL MOTION DEADLINE

This matter is before the Court on Defendant's Unopposed Motion to Modify the Pre-Trial Motion Deadline (Doc. 123). For the reasons set forth in Defendant's Motion, the Motion is hereby **GRANTED**. The parties shall have until July 29, 2024, to submit pre-trial motions. Any party opposing a pre-trial motion must do so by August 26, 2024, and any reply in support of a pre-trial motion must be filed by September 25, 2024.

HON. JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE