IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DILLON KOCH, Individually and on Behalf of
all Others Similarly Situated,

      Plaintiff,

vs.                                                                                                         No. CIV 23-0118 JB/GJF

PROGRESSIVE DIRECT INSURANCE
COMPANY, an Ohio corporation,

      Defendant.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on (i) the Court's Order on Defendant Progressive Direct Insurance Company's Motion for Partial Dismissal, filed March 14, 2024 (Doc. 71)("Dismissal Order"); and (ii) the parties' Notice of Joint Stipulation of Dismissal, filed September 12, 2024 (Doc. 158)("Notice of Dismissal"). In its Dismissal Order, the Court dismisses the Plaintiff Dillon Koch's claim for declaratory judgment under 28 U.S.C. § 2201 against Progressive. See Dismissal Order at 1-2. In the Notice of Dismissal, the parties stipulate to, pursuant to rule 41(a)(1)(ii) of the Federal Rule of Civil Procedure, a dismissal of this action with prejudice. Notice of Dismissal at 1. With no more parties, claims, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment, disposing of this case.

**IT IS ORDERED** that: (i) the First Amended Class Action Complaint, filed May 1, 2023 (Doc. 20), is dismissed with prejudice; and (ii) Final Judgment is entered.

*[signature]*
UNITED STATES DISTRICT JUDGE

*Counsel:*

Joseph Henry (Hank) Bates, III
Carney Bates & Pulliam, PLLC
Little Rock, Arkansas

-- and --

Jacob Phillips
Normand PLLC
Orlando, Florida

-- and --

Scott Adam Edelsberg
Christopher Chagas Gold
Edelsberg Law
Aventura, Florida

-- and --

Leanna Loginov
Edwin E. Elliott
Shamis & Gentile, P.A.
Miami, Florida

-- and --

Geoffrey R. Romero
Law Offices of Geoffrey R. Romero
Albuquerque, New Mexico

-- and --

Corbin Hildebrandt
Corbin Hildebrandt, P.C.
Albuquerque, New Mexico

-- and --

- 3 -

Kedar Bhasker
Bhasker Law
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Julia Constance Barrett
King & Spalding LLP
Austin, Texas

-- and --

James Matthew Brigman
Allison Hill White
Jeffrey Cashdan
Seth I. Euster
Zachary Andrew McEntyre
King & Spalding LLP
Atlanta, Georgia

-- and --

Meena H. Allen
Allen Law Firm, LLC
Albuquerque, New Mexico

    *Attorneys for the Defendant*